# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 566 EAL 2014
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
GUILLMO (GUILLERMO) PEREZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.